UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SOUTHEAST FARMS, INC.**, a Florida corporation

    Plaintiff,

v.                                                                          Case No: 5:14-cv-256-Oc-10PRL

**ALADDIN FARMS, INC. and ARCHIE J. SAGERS, SR.**

    Defendants.

## ORDER

Pending before the Court is a Motion by Defendants for Temporary Admission to Court Pending Approval of General Admission Application regarding their counsel, Robert John McCaffery, Jr. (Doc. 15). Mr. McCaffery is not currently a member of the Bar of the United States District Court for the Middle District of Florida. Mr. McCaffery represents that he has taken steps to obtain general admission to the Middle District bar, including submitting his application for admission. Mr. McCaffery also represents that he is a member in good standing of the bar of the State of Florida, and of the United States District Court for the Southern District of Florida.

Accordingly, and upon due consideration, Defendants' Motion for Temporary Admission to Middle District Bar (Doc. 15) is **GRANTED** as to counsel Robert John McCaffery, Jr. Pursuant to Local Rule 2.02(d), Robert John McCaffery, Jr., shall be granted temporary admission to the Bar of the Middle District of Florida to represent Defendants in this action for thirty (30) days or until counsel has obtained general admission to the Bar of this Court, whichever is earlier.

- 2 -

Failure to obtain general admission to the Bar of this Court within thirty days will result in the Court terminating Mr. McCaffery as counsel of record for Defendants.

    **DONE** and **ORDERED** in Ocala, Florida on July 1, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties